IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Alysia M. Galtney, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| -vs- | ) | *(jury demand)* |
| | ) | |
| Calumet Park, Illinois, Calumet Park | ) | |
| Police Officer Robert Reyes, Calumet | ) | |
| Park Police Officer Corey Birdlong, | ) | |
| and Calumet Park Police Officer F. | ) | |
| Huggar, | ) | |
| | ) | |
| *Defendants* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1343 and 28 U.S.C. § 1367.

2. Plaintiff Alysia M. Galtney is a resident of the Northern District of Illinois.

3. Defendant Calumet Park is an Illinois municipal corporation. Plaintiff asserts a state law claim of indemnification against the City.

4. Defendants Robert Reyes, Corey Birdlong, and F. Huggar were at all times relevant acting under color of their office as Calumet Park police officers.

5. Defendants Robert Reyes, while working as Calumet Park police officer, arrested plaintiff on November 12, 2012.

6. Defendant Reyes had not observed plaintiff commit an offense and did not have a lawful basis to arrest plaintiff.

7. In the course of arresting plaintiff, Reyes used excessive and unreasonable force, causing plaintiff to sustain serious personal injuries.

8. After Reyes arrested plaintiff, defendants Reyes, Birdlong, and Huggar fabricated evidence and prepared false police reports to mislead the office of the State's Attorney of Cook County and cause it to prosecute plaintiff on the false claim that she had resisted or obstructed defendant Reyes.

9. As a result of the foregoing, plaintiff incurred personal injuries and was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States.

10. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff requests that appropriate compensatory and punitive damages be awarded against defendants Reyes, Birdlong, Huggar and that the Court enter a declaratory judgment that Calumet Park is required to indemnify the officers for any award of compensatory damages.

> /s/ Kenneth N. Flaxman
> KENNETH N. FLAXMAN
> ARDC No. 830399
> Joel A. Flaxman
> 200 S Michigan Ave Ste 201
> Chicago, IL 60604-2430
> (312) 427-3200
> *Attorneys for Plaintiff*